**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**
_____

**SUSAN B. LONG and DAVID BURNHAM,**

                **Plaintiffs,**

    **v.**                                   **5:06-CV-1086
                                           (NAM/GHL)**

**UNITED STATES DEPARTMENT OF JUSTICE,**

                **Defendant.**
_____

## SCHEDULING ORDER

**IT IS HEREBY ORDERED** that the schedule and associated page limitations with respect to Defendant's Renewed Motion for Summary Judgment on issues as to which summary judgment was not granted ("Defendant's Motion") and Plaintiffs' Renewed Cross-Motion for Summary Judgment on issues as to which summary judgment was not granted ("Plaintiffs' Cross-Motion"), shall be as follows:

| | |
|---|---|
| August 16, 2010: | Deadline for Defendant to file Defendant's Motion, brief (maximum 35 pages), declarations, and statement of material facts, all in support of Defendant's Motion. |
| September 13, 2010: | Deadline for Plaintiffs to file Plaintiffs' Cross-Motion, brief (maximum 35 pages), declarations, and statement of material facts, all in opposition to Defendant's Motion and in support of Plaintiffs' Cross-Motion. |
| September 27, 2010: | Deadline for Defendant to file brief (maximum 25 pages) and declarations, both in reply on Defendant's Motion and in opposition to Plaintiffs' Cross-Motion, and statement of material facts in response to Plaintiffs' statement in support of Plaintiffs' Cross-Motion. |
| October 11, 2010: | Deadline for Plaintiffs to file brief (maximum 20 pages) and declarations, both in reply on Plaintiffs' Cross-Motion. |

IT IS FURTHER ORDERED that the status conference before Magistrate Judge Lowe

scheduled for May 28, 2010, at 10:00 a.m. is cancelled as moot.

IT IS SO ORDERED.

Dated: May 26, 2010

Norman A. Mordue
Chief United States District Court Judge